UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In Re:

                                        Chapter 13

                                        Case No.

                      Debtor(s)
----------------------------------------------------------x

### TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF
      NEW YORK:

      Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

      <u>CLAIMANT NAME & LAST KNOW ADDRESS</u>      <u>AMOUNT OF DIVIDEND</u>

      Trustee check number      to your order in the sum of $      is annexed representing the total of the aforesaid unclaimed dividend.

Dated:  White Plains, New York

                                                    Respectfully submitted,

                                                    JEFFREY L. SAPIR
                                                    Standing Chapter 13 Trustee
                                                    399 Knollwood Road, Suite 102
                                                    White Plains, NY 10603
                                                    914-328-6333